THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED CARMOSINO, FERDINAND MANGIAMELE and NICHOLAS LEONELLI, Appellants.

(Argued April 9, 1931; decided May 12, 1931.)

*Francis X. Mancuso* and *Sidney Schindler* for Fred Carmosino and Ferdinand Mangiamele, appellants.

*John H. Mariano, Robert A. Dillon* and *Louis Fabricant* for Nicholas Leonelli, appellant.

*Charles B. McLaughlin,* District Attorney (*Sol Boneparth* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment of conviction as to each defendant affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.